NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**EDWARD H. NORTRUP,**

*Appellant*

**v.**

**GENERAL MOTORS LLC,**

*Appellee*

———————————

2025-1471

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00994.

———————————

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT

May 30, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** May 30, 2025